**Order entered January 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01590-CV

### IN THE INTEREST OF L.R.P. AND H.A.P., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-54464-2010**

## ORDER

We **GRANT** the January 20, 2015 motion of Niki Garcia, Official Court Reporter for the

366th Judicial District Court of Collin County, Texas, for an extension of time to file the

reporter's record. The reporter's record shall be filed by **FEBRUARY 20, 2015**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE